UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                       CASE NUMBER 13-70095

Xcell Energy and Coal Company, LLC and Energy Investment Group, LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 4/23/2013                                               TIME: 09:30

APPEARANCES:

     Turner, Chrisandrea
     Meek, Derek
     Harris, Jamie
     Gartland, Mike
     Bellew, Sean
     Williams, Sarah
     Prentergast, Zachary

ISSUE:

| | | |
|---|---|---|
| 43 | 2/20/2013 | Motion to Appoint Trustee, filed by Alpha Credit Resources, LLC, Motion to Convert Case From Chapter 11 to 7, filed by Alpha Credit Resources, LLC Fee Amount 15, Motion to Dismiss Case, filed by Alpha Credit Resources, LLC, Motion for Relief from Stay, f |

DISPOSITION:

     Cont

JUDGE'S NOTES:

     May 8 @ 9:30 A/O TBS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Tuesday, April 23, 2013**
**(gwp)**